## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY | : | |
| Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 19-3130 |
| | | |
| G-ENERGY ENTERPRISES, LLC; | | |
| ENERGY GROUP CONSULTANTS, LLC; | : | |
| and, ENERGY GROUP CONSULTANTS, INC. | | |
| Defendants. | | |

## **ORDER**

AND NOW, this 9th day of December 2019, upon consideration of Plaintiff's uncontested Motion for Default Judgment against Defendant G-Energy Enterprises, LLC (ECF No. 16), it is hereby ORDERED that said Motion is GRANTED.  It is further ORDERED that the Clerk of Court shall enter final judgment IN FAVOR OF EVANSTON INSURANCE COMPANY and AGAINST G-ENERGY ENTERPRISES, LLC, and mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II   J.